NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1097

ASHLEY C. BRANDON

VERSUS

DARRYL W. BRANDON

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 57,242
HONORABLE ROBERT EDWARD BURGESS, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

AFFIRMED IN PART, REVERSED IN PART, AND RENDERED.

Tony C.Tillman
Attorney at Law
P. O. Drawer 648
Leesville, LA 71496-0648
(318) 239-7983
Counsel for Defendant-Appellee:
 Darryl W. Brandon

Scott Westerchil
Attorney at Law
101 South First Street
Leesville, LA 71446
(337) 239-9076
Counsel for Plaintiff-Appellant:
 Ashley C. Brandon